No. 153. UNITED STATES *v.* EXCEL PACKING Co., INC.; No. 154. UNITED STATES *v.* BROWN ET AL.; and Nos. 155, 156 and 157. UNITED STATES *v.* EXCEL PACKING Co., INC. ET AL. Appeals from the United States District Court for the District of Kansas. Dismissed on motions of counsel for appellant. *Acting Solicitor General Stern* for the United States. *Emmet A. Blaes* for appellees.

No. 131, Misc. JERONIS *v.* STARR, U. S. DISTRICT JUDGE. Petition for writ of mandamus dismissed on motion of petitioner.

No. 77, Misc. REED *v.* TEXAS. Court of Criminal Appeals of Texas. Certiorari denied. Motion for leave to file petition for writ of habeas corpus also denied. *W. J. Durham* for petitioner.

No. 138, Misc. LYLE *v.* EIDSON, WARDEN. C. A. 8th Cir. Certiorari denied. Motion for leave to file petition for writ of habeas corpus also denied.

No. 140, Misc. FAUBERT *v.* MICHIGAN. C. A. 6th Cir. Certiorari denied. Motion for leave to file petition for writ of habeas corpus also denied.